## No. 10-7946. Howell W. Woltz, Petitioner v. Dennis Bailey, et al.

563 U.S. 930, 131 S. Ct. 1846, 179 L. Ed. 2d 797, 2011 U.S. LEXIS 2610.

April 4, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1230, 131 S. Ct. 1494, 179 L. Ed. 2d 324, 2011 U.S. LEXIS 1598.

## No. 10-7969. Gordon Kirk Kemppainen, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

563 U.S. 930, 131 S. Ct. 1847, 179 L. Ed. 2d 797, 2011 U.S. LEXIS 2609.

April 4, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1230, 131 S. Ct. 1496, 179 L. Ed. 2d 325, 2011 U.S. LEXIS 1513.

## No. 10-8413. Edward Keith Dembry, Petitioner v. United States.

563 U.S. 930, 131 S. Ct. 1847, 179 L. Ed. 2d 797, 2011 U.S. LEXIS 2601.

April 4, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1244, 131 S. Ct. 1538, 179 L. Ed. 2d 351, 2011 U.S. LEXIS 1216.

## No. 10-8704. In re Thomas P. Richard, Sr., Petitioner.

563 U.S. 930, 131 S. Ct. 1847, 179 L. Ed. 2d 797, 2011 U.S. LEXIS 2615.

April 4, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1215, 131 S. Ct. 1552, 179 L. Ed. 2d 364, 2011 U.S. LEXIS 1124.

## No. 10-6910. Michael Farrow, Petitioner v. Tracy Johns, Warden.

563 U.S. 931, 131 S. Ct. 1847, 179 L. Ed. 2d 797, 2011 U.S. LEXIS 2613.

April 4, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 1036, 131 S. Ct. 585, 178 L. Ed. 2d 426, 2010 U.S. LEXIS 8710.